JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. SOLANO,<br><br>           Plaintiff,<br><br>     v.<br><br>ORANGE KANGAROO, LLC, et al.,<br><br>           Defendants. | Case No. SA CV 24-1587-DMG (PD)<br><br>JUDGMENT |

Pursuant to the ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE:

The Complaint [Doc. # 1] is DISMISSED without leave to amend. The Third, Fourth, Fifth, Sixth, and Seventh causes of action for violations of 42 U.S.C. §§ 1981, 1983, 1985, and 1986 and the RICO Act against the Orange Kangaroo Defendants and the Western Progressive Defendants are dismissed with prejudice; and

1  The First, Second, Eighth, Ninth, Tenth, Eleventh, Twelfth, and
2  Thirteenth causes of action against the Orange Kangaroo Defendants
3  and Western Progressive Defendants are dismissed without prejudice.

6  DATED: March 31, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

2